```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :       ORDER
        - v. -                    :
                                  :       20 Cr. 406 (KMW)
BENJAMIN MEKAWY,                  :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020

WHEREAS, defendant BENJAMIN MEKAWY is scheduled to enter a guilty plea before Magistrate Judge Stewart D. Aaron on August 17, 2020;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and for the reasons set forth in

the parties' application dated August 14, 2020, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
August 17, 2020

*/s/ Kimba M. Wood*
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK