```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                 :
UNITED STATES OF AMERICA         :    **ORDER**
                                 :
        - v. -                   :    20 Cr. 406 (KMW)
                                 :
BENJAMIN MEKAWY,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -X

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 17, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         September 15, 2020

                                    _____
                                    THE HONORABLE KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE