UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

BENJAMIN MEKAWY,

                      Defendant.
-------------------------------------------------------------------x

ORDER
20 CR 406 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/20

KIMBA M. WOOD, District Judge:

    The Court will hold a remote sentencing on Friday, December 11, 2020, at 11:00 a.m.

    Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID number 675656945.

    SO ORDERED.

Dated: New York, New York
         December 2, 2020

                                              KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE