LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: avrom@mindspring.com
a.robin@londonrobin.com

February 4, 2021

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/21
```

Re: United States v. Benjamin Mekawy
20-CR-406 (KMW)

Dear Judge Wood:

I write on behalf of my client, Benjamin Mekawy, to request that Your Honor direct the return of Mr. Mekawy's passport, which is currently in the custody of the United States Pretrial Service Office, SDNY, to me.

*Granted*

Mr. Mekawy is presently serving his term of probation, imposed by your Honor at sentence on December 11, 2020.

I will hold Mr. Mekawy's passport for safekeeping until he is able to travel again.

I appreciate the Court's consideration.

Respectfully submitted,

*[signature]*

AVROM ROBIN

Cc: AUSA Scott Hartman (via ECF)

*Kimba M. Wood  2/5/21*
**SO ORDERED**