UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BENJAMIN MEKAWY,

Defendant.

20-CR 406 (KMW)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE    2|9|21

KIMBA M. WOOD, District Judge:

The Court denies without prejudice defense counsel Avrom Robin's January 4, 2021

request for CJA funds in connection with representing defendant in a civil, SEC case.  Counsel's

stated justification for that request is that defense counsel's representation in the civil, SEC case

"was directly linked and parallel with the conduct charged in the criminal case" against

defendant, and was "inextricably intertwined" with it.

Defense counsel's request is not tailored to meet the more narrow, requisite standard.

See *Guide to Judiciary Policy §210.20.30; United States v. Vilar*, 979 F. Supp. 2d 443 (S.D.N.Y.

2013) (Judge Sullivan).

Counsel may file an amended request tailored to meet the requisite standard.

SO ORDERED.

Dated:  New York, New York
        February 9, 2021

THE HON. KIMBA M. WOOD
United States District Judge